ELIZABETH C. WOODARD, OSB 075667
Deputy City Attorney
beth.woodard@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **LOGAN COLWELL,** | 3:22-cv-01163-AR |
| **PLAINTIFF,** | |
| v. | **NOTICE OF APPEARANCE** |
| **PORTLAND POLICE BUREAU, a municipal agency; CITY OF PORTLAND, a municipal corporation; and NICHOLAS BIANCHINI, in his individual capacity,** | |
| **DEFENDANTS.** | |

COMES NOW the Office of City Attorney, City of Portland, by and through the undersigned to enter appearance of Counsel on behalf of defendant City of Portland.

Dated:  August 19, 2022

                                                  Respectfully submitted,

                                                  */s/ Elizabeth C. Woodard*
                                                  ELIZABETH C. WOODARD
                                                  OSB # 075667
                                                  Deputy City Attorney
                                                  Telephone: (503) 823-4047
                                                  *Of Attorneys for Defendant City of Portland*

Page  1  –   NOTICE OF APPEARANCE