UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LOGAN COLWELL**                                                                         Case No.: 3:22−cv−01163−SB

    Plaintiff,

v.

**PORTLAND POLICE BUREAU, et al.**

    Defendant.

---

**<u>Consent to Jurisdiction by a Magistrate Judge<br>and Designation of the Normal Appeal Route</u>**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

| | |
|---:|:---|
| **Signature:** | _____ |
| **Name and OSB ID:** | _____ |
| **E−mail Address:** | _____ |
| **Firm Name:** | _____ |
| **Mailing Address:** | _____ |
| **City, State, Zip:** | _____ |
| **Parties Represented:** | _____ |