UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Logan Colwell

           Plaintiff(s),

Case No.: 3:22-cv-01163:SB

v.

Portland Police Buerau, et al.

           Defendant(s).

### Fed. R. Civ. P. 26(a) Discovery Agreement

Pursuant to LR 26-2, I declare that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

Dated: 01/17/2023

Signature: _[signature]_
Name and Bar Number: Andrew Campbell, OSB # 022647
E-mail Address: andrew@heltzel.com
Firm Name: Heltzel Williams P.C.
Mailing Address: PO Box 1048
City, State, Zip: Salem, OR 97308
Attorney for: Defendant Nicholas Bianchini

cc: Counsel of Record

[Rev. 01/2018]